# MARTIN TABOR *et al.*

*v.*

# THE PEOPLE *ex rel.* Julian S. Rumsey, Collector, etc.

TAXES—*oath of town collector before county clerk, proper.* An affidavit of a town collector to his return to the county collector, made in December, 1872, before the county clerk, is not void, and the clerk, at that time, was authorized to administer oaths and affirmations.

APPEAL from the Circuit Court of Cook county; the Hon. JOHN G. ROGERS, Judge, presiding.

This was an application, by Julian S. Rumsey, collector of Cook county, for judgment against certain lands and lots for taxes, etc., due thereon and unpaid, and taken by appeal from the county to the circuit court, where the objections to the rendition of judgment were not sustained.

Mr. WILLIAM HOPKINS, and Messrs. BARKER & WAITE, for the appellants.

Mr. JOHN M. ROUNTREE, for the appellee.

Per CURIAM: It is urged by appellants that the affidavits of the town collectors to their returns to the county collector were void, because sworn to before the county clerk.

The act of 1853 requiring the returns to be sworn to before the county treasurer, was revised in 1855, (Sess. Laws 1855, p. 35.) and expressly repealed by the general revenue law of 1872. Sess. Laws 1871-2, p. 70.

The returns in this case were made in December, 1872, when, by the general statute on oaths and affirmations, the county clerk was authorized to administer the oath.

All other questions presented by the record were decided by this court in *Karnes* v. *The People*, 73 Ill. 274. and further discussion is not deemed necessary, as that decision must control.

The judgment will be affirmed.

*Judgment affirmed.*